LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County Defendants

Nilesh Choudhary, State Bar No. 219425
CHOUDHARY LAW OFFICE
4010 Foothills Blvd., 103
Roseville, CA 95747
Telephone (916) 526-2770
Facsimile (916) 944-2051

Attorney for Aleshna Kumari,
A.K. (female), A.S., and A.K. (male)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALESHNA KUMARI, A.K., A.S., A.K.M., inclusive** | Case No.: 2:18-CV-00061-WBS-AC |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| vs. | |
| **COUNTY OF SACRAMENTO; JESSE GOMEZ-COATS, an individual, JANELLE GONZALEZ, an individual, LEONA WILLIAMS, an individual, and DOES 1-50, inclusive,** | **[L.R. 143 and 144]** |
| Defendants | |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 143(a)(1) and 144(a), the parties, by and through their attorneys of record, hereby stipulate as follows:

The minor Plaintiffs herein A.K., A.S., and A.K.M., have not yet had a guardian ad litem appointed to represent their interest in this matter. Under F.R.C.P. 17(c) the court must appoint a guardian ad litem or issue another appropriate order to protect a minor or incompetent person

who is unrepresented in an action. Accordingly, the parties agree and stipulate that the Plaintiffs should have additional time to file a Motion seeking the appointment of a guardian ad litem to represent the interests of the minor children in this litigation. The parties further agree and stipulate that Defendants should not be required to file a responsive pleading until the court has entered an order appointing a guardian ad litem for the minors herein. Accordingly, Defendants, County of Sacramento, Jesse Gomez-Coates, Janelle Gonzales (erroneously named herein as Janelle Gonzalez), and Leona Williams shall have a further extension up to and including the twentieth day following the Court's entry of an Order appointing a guardian ad litem for the minor children herein to file their responsive pleading to the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: June 18, 2018              LONGYEAR, O'DEA & LAVRA, LLP

                          By:   */s/ Amanda L. McDermott*
                                JOHN A. LAVRA
                                AMANDA L. MCDERMOTT
                                Attorneys for County Defendants

Dated: June 18, 2018              CHOUDHARY LAW OFFICE

                                */s/ Joel Rapaport (As authorized on 6-18-18)*
                                NILESH CHOUDHARY
                                JOEL RAPAPORT
                                Attorney for Plaintiffs

**IT IS SO ORDERED**

**Dated: June 18, 2018**
                                _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE