UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESHNA KUMARI, A.K., A.S., and A.K.M.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; JESSE GOMEZ-COATES, an individual; JANELLE GONZALEZ, an individual; LEONA WILLIAMS, an individual; and DOES 1-50, inclusive,<br><br>    Defendants. | No. 2:18-cv-00061 WBS AC<br><br>ORDER RE: MOTION TO APPOINT GUARDIAN AD LITEM |

----oo0oo----

  Pursuant to Federal Rule of Civil Procedure 17(c) and Local Rule 202, plaintiffs Aleshna Kumari and her minor children A.K., A.S., and A.K.M. now move to appoint Hardip Singh as the guardian ad litem for A.K., A.S., and A.K.M (Docket No. 11).

  No objections to the motion have been raised. Furthermore, the plaintiffs' Motion to Appoint Guardian Ad Litem (Docket No. 11) demonstrates that:

  1. Hardip Singh previously served as guardian ad litem

1

for A.K., A.S., and A.K.M. when this case was pending before the State Superior Court prior to removal. He is a friend of the plaintiffs, and resides at 4381 Gateway Park Blvd., #500, Sacramento, CA 95834.

    2. Hardip Singh is a competent and reasonable person, qualified to become the guardian ad litem of said minors, aware of the responsibilities the position entails, and he consents to act in such a capacity.

    3. No previous application for appointment of a guardian ad litem in this matter has been made.[1]

    IT IS THEREFORE ORDERED that plaintiffs' Motion to Appoint Hardip Singh as Guardian Ad Litem (Docket No. 11) be, and the same hereby is, GRANTED.

Dated: September 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Technically, the guardian ad litem should be appointed for minor plaintiffs before the summons is served. Cal. Civ. Proc. Code § 373(a)("If the minor is the plaintiff the appointment must be made before the summons is issued . . . .") However, the parties in this case have stipulated that the plaintiffs should have additional time to file their Motion seeking the appointment of a guardian ad litem. (Stip. & Order (Docket No. 10)).