LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County Defendants

Nilesh Choudhary, State Bar No. 219425
CHOUDHARY LAW OFFICE
4010 Foothills Blvd., 103
Roseville, CA 95747
Telephone (916) 526-2770
Facsimile (916) 944-2051

Attorney for Plaintiffs
AK, AS, AKM,
Aleshna Kumari

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALESHNA KUMARI, A.K., A.S., A.K.M.,** inclusive | Case No.: 2:18-CV-00061-WBS-AC |
| Plaintiffs, | ORDER PURSUANT TO STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT |
| vs. | |
| **COUNTY OF SACRAMENTO; JESSE GOMEZ-COATS,** an individual, **JANELLE GONZALEZ,** an individual, **LEONA WILLIAMS,** an individual, and DOES 1-50, inclusive, | [L.R. 143 and 144] |
| Defendants | |

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before February 7, 2019.

**IT IS SO ORDERED**

**Dated: January 8, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE