CHOUDHARY LAW OFFICE
Nilesh Choudhary, State Bar No. 219425
4010 Foothills Blvd., 103
Roseville, CA 95747
Telephone (916) 526-2770
Facsimile (916) 944-2051

Attorney for Aleshna Kumari,
A.K. (female), A.S., and A.K. (male)

LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALESHNA KUMARI, A.K., A.S., A.K.M.,** inclusive<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF SACRAMENTO; JESSE GOMEZ-COATS, an individual, JANELLE GONZALEZ, an individual, LEONA WILLIAMS, an individual, and DOES 1-50** inclusive,<br><br>Defendants | Case No.: 2:18-CV-00061-WBS-AC<br><br>**JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF TIME; ORDER** |

COMES NOW Plaintiffs Aleshna Kumari, A.K., A.S., and A.K.M. (herein "Plaintiffs") and Defendants County of Sacramento, Jesse Gomez-Coates (erroneously named herein as Jesse Gomez-Coats), Janelle Gonzales (erroneously named herein as Janelle Gonzalez), and Leona Williams (herein "Defendants"), by and through their respective counsel and present the

following Joint Status Report and request for extension of time to file the motion for minor's compromise.

Plaintiffs' counsel has been diligent in their efforts to file the required motion for minor's compromise by the court-imposed deadline of May 28, 2019, but due to unsuccessful efforts to reach a post-mediation global settlement with other parties (foster parents/foster parents fund) has been be unable to do so. Plaintiffs anticipate filing the motion for minor's compromise on or before June 11, 2019. Plaintiffs do not anticipate any further delay in submitting the motion.

The parties have met and conferred regarding the submission of the minor's compromise. Defendants do not object to the minimal extension of time for Plaintiffs to submit said motion.

Dated: May 28, 2019          CHOUDHARY LAW OFFICE

By: */S/ Joel Rapaport*
NILESH CHOUDHARY
JOEL RAPAPORT
Attorneys for Plaintiffs

Dated: May 28, 2019          LONGYEAR, O'DEA & LAVRA, LLP

By: */S/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendants

## ORDER

**IT IS HEREBY ORDERED** that the properly-noticed motion for minor's compromise pursuant to Local Rules 230 and 202(b), shall be filed no later than June 11, 2019.

Dated: May 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE