Nilesh Choudhary, State Bar No. 219425
CHOUDHARY LAW OFFICE
4010 Foothills Blvd., 103
Roseville, CA 95747
Telephone (916) 526-2770
Facsimile (916) 740-4672
Attorney for **Plaintiff**,
AK, AS, AKM,
Aleshna Kumari

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESHNA KUMARI, A.K., A.S. A.K.M. inclusive<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO; JESSE GOMEZ-COATS, an individual, JANELLE GONZALEZ, an individual, LEONA WILLIAMS, an individual, and DOES 1-50 inclusive<br><br>Defendants | Case No.: 2:18-CV-00061-WBS-AC<br><br>**NOTICE OF PETITION FOR ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM AND FOR ATTORNEY'S FEES AND COSTS**<br><br>**Date:** 9.9.2019<br>**Time:** 1:30 PM<br>**Courtroom:** 5, 14th floor<br>**Address:** Robert T. Matsui Courthouse<br>501 I Street<br>Sacramento, CA  95814<br>**Judge:** Hon. William B. Shubb |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**NOTICE IS HEREBY GIVEN** that on September 9, 2019 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5, 14th Floor, of the above-entitled court, located at 501 I Street, Sacramento, California 95814, Petitioner Hardip Singh as Guardian Ad Litem for, A.K., A.K.M., and A.S. ("Plaintiffs") will move this Court for an order authorizing compromise of the Plaintiffs claims against Defendants.

This Motion/Petition is based on Local Rules 230 and 202(b) the Attached Petition, the Declaration of Nilesh Choudhary, all other pleadings and papers on file herein, and on such oral and documentary evidence as may be produced at the time of hearing on this Motion.

Dated: June 6, 2019                                    CHOUDHARY LAW OFFICE

                                                      s/ Joel Rapaport
                                                      Joel Rapaport
                                                      Attorneys for Plaintiffs