LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento
Jesse Gomez-Coates, Janelle Gonzeles,
and Leona Williams


Nilesh Choudhary, State Bar No. 219425
CHOUDHARY LAW OFFICE
4010 Foothills Blvd., 103
Roseville, CA 95747
Telephone (916) 526-2770
Facsimile (916) 944-2051

Attorney for Aleshna Kumari,
A.K. (female), A.S., and A.K. (male)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALESHNA KUMARI, A.K., A.S., A.K.M., inclusive** | Case No.: 2:18-CV-00061-WBS-AC |
| **Plaintiffs,** | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| **COUNTY OF SACRAMENTO; JESSE GOMEZ-COATS, an individual, JANELLE GONZALEZ, an individual, LEONA WILLIAMS, an individual, and DOES 1-50, inclusive,** | [Fed. R. Civ. P. 41] |
| **Defendants** | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs ALESHNA KUMARI, A.K., A.S., A.K.M., and Defendants COUNTY OF SACRAMENTO, JESSE GOMEZ-COATES, JANELLE GONZALES, and LEONA WILLIAMS, by and through their

1

attorneys of record, that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated: December 10, 2019     LONGYEAR & LAVRA, LLP

By: */S/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for County Defendants

Dated: December 10, 2019     CHOUDHARY LAW OFFICE

By: */S/ Nilesh Choudhary*
NILESH CHOUDHARY
Attorney for Plaintiffs

### **ORDER**

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

The Complaint and all claims of Plaintiffs Aleshna Kumari, A.K., A.S., and A.K.M. against Defendants County of Sacramento, Jesse Gomez-Coates, Janelle Gonzales, and Leona Williams are dismissed with prejudice. Each side to bear their own attorneys' fees and costs.

Dated: December 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE